1

2

3

4                UNITED STATES DISTRICT COURT

5             WESTERN DISTRICT OF WASHINGTON
                         AT SEATTLE

6  SHAWN RYAN ARMISTEAD,

7                 Plaintiff,        CASE NO. C19-1666-MAT

8      v.

9  ANDREW M. SAUL,             ORDER GRANTING IN FORMA
   Commissioner of Social Security,     PAUPERIS APPLICATION

10                Defendant.

11

12        Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED.  Plaintiff does

13 not appear to have funds available to afford the $400.00 filing fee.

14       (1)     The Clerk is directed to issue summonses to plaintiff.

15       (2)     Plaintiff is responsible for serving the complaint and summonses, and must file

16 proof of service as required by Rule 4 of the Federal Rules of Civil Procedure.  Plaintiff may

17 effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy

18 of the summonses and complaint, along with plaintiff's identifying information, by email to

19 USAWAW.SSAClerk@usdoj.gov.

20       DATED this 21st day of October, 2019.

21

22                       Mary Alice Theiler
                         United States Magistrate Judge

23